# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES E. PATTERSON, SR.**                                                        **PLAINTIFF**

**V.**                          **CASE NO. 5:12CV00254 SWW/BD**

**ARKANSAS DEP'T OF CORRECTION, et al.**                               **DEFENDANTS**

## ORDER

Plaintiff James E. Patterson, an Arkansas Department of Correction ("ADC") inmate filed this lawsuit under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entries #1 and #3)

Mr. Patterson's original Complaint failed to provide the Court with enough facts to determine whether he could state a constitutional claim for relief. For that reason, he was ordered to file an Amended Complaint within thirty days. Mr. Patterson has not filed an amended complaint, as ordered, despite being warned that failing to comply with the order could result in dismissal of his case. (#3)

Accordingly, this case is DISMISSED, without prejudice, under Local Rule 5.5(c)(3), this 24th day of August, 2012.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE