# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAMES E. PATTERSON, SR.**                                                    **PLAINTIFF**

**V.**                    **CASE NO. 5:12CV00254 SWW/BD**

**ARKANSAS DEP'T OF CORRECTION, et al.**                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE